UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID COLEMAN,<br><br>                              Plaintiff,<br><br>       -against-<br><br>OFFICER JOHN DOE; HONORABLE JUSTICE JANE DOE OF THE NEW YORK CITY CRIMINAL COURT,<br><br>                            Defendants. | 20-CV-2146 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 17, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over any state law claims that Plaintiff may be asserting.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 17, 2020
            New York, New York

                                                                                *Louis L. Stanton*
                                                                           Louis L. Stanton
                                                                              U.S.D.J.